UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Joanna Pederson,<br><br>        Plaintiff,<br><br>v.<br><br>Haster Law Office, P.A.,<br><br>        Defendants. | Civil No. 13-00127 (JNE/AJB) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The Plaintiff in the above-entitled action voluntarily dismisses this matter with prejudice and on the merits, without costs, disbursements, or attorney's fees and that a judgment of dismissal with prejudice may be entered in the above-entitled action.

**HEANEY LAW FIRM, LLC**

Date: **February 22, 2013**

s/ Mark L. Heaney
Mark L. Heaney, Esq.
Attorney I.D. #0333219
13911 Ridgedale Drive, Suite 110
Minnetonka, Minnesota 55305-1773
Telephone: (952) 933-9655
Facsimile: (952) 544-1308
Email: mark@heaneylaw.com
*Attorney for Plaintiff*